ACCEPTED
04-14-00758-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/5/2015 8:17:50 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00758-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/5/2015 8:17:50 AM
KEITH E. HOTTLE
Clerk

JOHN A. LANCE, DEBRA L. LANCE,
F.D. FRANKS AND HELEN FRANKS

APPELLANTS

V.

JUDITH AND TERRY ROBINSON, GARY AND BRENDA FEST,
VIRGINIA GRAY, BUTCH TOWNSEND AND
BEXAR-MEDINA-ATASCOSA COUNTIES WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 1

APPELLEES

## APPELLANTS' UNOPPOSED FIRST
## MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

JOHN A LANCE, DEBRA L. LANCE, F.D. FRANKS and HELEN FRANKS, Appellants, submit their First Unopposed Motion for Extension of Time to File Appellants' Brief and in support of this motion state as follows:

1.    Appellants' Brief is due February 5, 2015.

2.    This motion is filed prior to the expiration of this due date.

3.     The undersigned has conferred with the attorneys for Appellees and this motion is unopposed.

4.     Appellants request an additional thirty (30) days to file their Appellants' Brief, extending the time to March 9, 2015 (the first business day following the expiration of 30 days).

5.     No extension has previously been granted.

6.     The undersigned is responsible for the preparation of Appellants' Brief.   The undersigned has been engaged in discovery and complex motion practice in *Union Pacific Railroad Company v. Fiberlight, LLC, Eagle 1 Resources and David L. Thomas*, Cause No. 2014-CI-08880, pending in district court in Bexar County; responding to a petition for review in *Sloan v. Law Office of Oscar C. Gonzalez, Inc.*, No. 14-1015; preparing multiple summary judgment responses in *Dimmit Wood Properties, Ltd. v. Chesapeake Exploration, LLC, et. al*, No. 13-10-12107-DCV-AJA, pending in the 365th District Court, Dimmit County; and preparing for trial in *Sharif & Munir Enterprises, Inc. et al v. Laguna Madre Construction, Inc. and Hope Lumber & Supply Company*, No. 2012-DCL-6341-G, pending in the 404th District Court, Cameron County.  This extension request is not filed for purposes of delay.

PRAYER

Appellants ask this Court to grant their motion extending the deadline to file their Appellants' Brief to March 9, 2015.

Respectfully submitted,

Cynthia Cox Payne
Texas Bar No. 24001935
P.O. Box 1178
1118 Main Street
Bandera, TX 78003
(830) 796.7030 – Phone
(830) 796.7945 – Fax
cpayne@paynelawfirm.net

John D. Payne
Texas Bar No. 15658500
P.O. Box 1178
1118 Main Street
Bandera, TX 78003
(830) 796.7030 – Phone
(830) 796.7945 – Fax
jpayne@paynelawfirm.net

LAW OFFICE OF DAN POZZA
239 E. Commerce Street
San Antonio, TX 78205
(210) 226-8888 – Phone
(210) 224-6373 – Fax
danpozza@yahoo.com


/s/Dan Pozza
State Bar No. 16224800

ATTORNEYS FOR APPELLANTS

3

## CERTIFICATE OF SERVICE

I hereby that a true and correct copy of the above and foregoing document has been delivered via e-mail transmission on this 5th day of February, 2015, to:

Stephan B. Rogers
Ross S. Elliott
Rogers & Moore
309 Water Street, Suite 114
Boerne, Texas  78006
Attorney for Plaintiffs
srogerslaw@gmail.com

*Attorneys for Judith and Terry Robinson, Gary and*
*Brenda Fest, Virginia Gray and Butch Townsend*

Edward Hecker
GOSTOMSKI & HECKER
607 Urban Loop
San Antonio, Texas 78204
ed@ghlawyers.net

*Attorney for Bexar-Medina-Atascosa Counties*
*Water Control and Improvement District No. 1*

/s/Dan Pozza